

**Service of Process Transmittal**
06/24/2019
CT Log Number 535730096

| | |
|---|---|
| **TO:** | Donna Whitfield<br>Pinnacle Entertainment, Inc.<br>3980 Howard Hughes Pkwy<br>Las Vegas, NV 89169 |
| **RE:** | **Process Served in Louisiana** |
| **FOR:** | PINNACLE ENTERTAINMENT, INC.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | MICHAEL JONES, SR., Pltf. vs. PINNACLE ENTERTAINMENT, INC., etc., Dft. |
| **DOCUMENT(S) SERVED:** | Citation, Petition, Attachment(s) |
| **COURT/AGENCY:** | 24th Judicial District Court, Parish of Jefferson, LA<br>Case # 796012 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 12/29/2018 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/24/2019 at 08:45 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 Calendar days after the service hereof |
| **ATTORNEY(S) / SENDER(S):** | John W. Redmann<br>Law Office of John W. Redmann, LLC<br>1101 Westbank Expressway<br>Gretna, LA 70053<br>504-500-5000 |
| **ACTION ITEMS:** | CT will retain the current log<br><br>Image SOP<br><br>Email Notification,  Donna Whitfield  Donna.Whitfield@pnkmail.com<br><br>Email Notification,  Elliot Hoops  elliot.hoops@pnkmail.com<br><br>Email Notification,  JIM CUNNINGHAM  jim.cunningham@pnkmail.com<br><br>Email Notification,  LEIGH ZECHMAN  leigh.zechman@pngaming.com<br><br>Email Notification,  Trevor Frey  Trevor.Frey@pngaming.com<br><br>Email Notification,  Karin K Ashford  karin.ashford@pngaming.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816-4378 |
| **TELEPHONE:** | 954-473-5503 |

Page 1 of  1 / SB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

(101) CITATION: PETITION FOR DAMAGES AND REQUEST FOR NOTICE;

190614-5507-7

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

MICHAEL JONES SR
 versus
PINNACLE ENTERTAINMENT INC, BOOMTOWN BELLE CASINO WESTBANK

Case: 796-012 Div: "C"
P 1 MICHAEL JONES SR

To: PINNACLE ENTERTAINMENT INC
D/B/A BOOMTOWN BELLE CASINO WESTBANK
THROUGH ITS REGISTERED AGENT FOR SERVICE:
C T CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE
BATON ROUGE LA 70816

EBR CK#13312
$39.36

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES AND REQUEST FOR NOTICE of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney JONATHAN E. LEY and was issued by the Clerk of Court on the 14th day of June, 2019.

/s/ Giselle A Leglue
Giselle A Leglue, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES AND REQUEST FOR NOTICE;

190614-5507-7

Received:_____ Served:_____ Returned:_____

Service was made:
 ___ Personal  ___ Domiciliary _____

Unable to serve:
 ___ Not at this address ___ Numerous attempts _____ times
 ___ Vacant      ___ Received too late to serve
 ___ Moved      ___ No longer works at this address
 ___ No such address  ___ Need apartment / building number
 ___ Other _____

Service: $_____ Mileage: $_____ Total: $_____

Completed by:_____ # _____
       Deputy Sheriff
Parish of: _____

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

DOCKET NO: 796·012　　　　　　　　　　DIVISION: " "

MICHAEL JONES, SR.

VERSUS

PINNACLE ENTERTAINMENT, INC. d/b/a
BOOMTOWN BELLE CASINO WESTBANK

C

FILED:_____　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

### PETITION FOR DAMAGES AND REQUEST FOR NOTICE UNDER LOUISIANA CODE OF CIVIL PROCEDURE ARTICLE 1572

NOW INTO COURT, through undersigned counsel, comes Petitioner, **MICHAEL JONES, SR.**, a person of the full age of majority, and a resident of the Parish of Jefferson, State of Louisiana, who respectfully represents as follows:

I.

Made defendant herein is:

**PINNACLE ENTERTAINMENT, INC. d/b/a BOOMTOWN BELLE CASINO WESTBANK ("BOOMTOWN")**, upon information and belief, a foreign corporation, licensed to do and actually doing business within the Parish of Jefferson, State of Louisiana, which owned the subject property at all times relevant herein.

II.

Jurisdiction and Venue are proper pursuant to Louisiana Code of Civil Procedure articles 6, 42, 73, 74, and 76. Venue lies with this Court because a substantial part of the events giving rise to the claim occurred in this district and parish.

III.

Defendant herein is indebted unto Petitioner in an amount sufficient to fully compensate him for all general and special damages, including, but not limited to, legal interest and court costs, judicial interest, and any other damages reasonable under the premises, for the following reasons, to wit:

24th E-Filed: 06/07/2019 11:32:33 Case: 796012 Div:C Atty:034869 JONATHAN E LEY

IV.

On or about December 29, 2018, Petitioner, MICHAEL JONES, SR., was a guest on the property owned by Defendant, BOOMTOWN, located at 4132 Peters Road, Harvey, Louisiana 70058. Mr. Jones was lawfully on the premises and was walking into through the establishment's main entrance when he slipped and fell due to rainwater on the floor.

V.

As a result of the fall, Petitioner, MICHAEL JONES, SR., suffered serious injuries to his brain and/or head, neck, left shoulder and/or arm, and back.

VI.

At all times relevant herein, the subject premises were owned by, and in the custody, care, and control of Defendant, BOOMTOWN.

VII.

Petitioner avers that the sole proximate cause of the aforementioned accident was the negligence of Defendant, BOOMTOWN, in the following non-exclusive, list of particulars:

A. Failure to warn Petitioner of an unreasonably dangerous condition that existed on the premises;

B. Failure to maintain the premises in a reasonably safe condition;

C. Creating an unreasonably dangerous condition on the premises;

D. Failing to adequately or properly inspect the premises for the presence of an unreasonably dangerous condition;

E. Defendant knew or should have known of the hazardous condition on the floor of the restroom as the puddle had been there for such a period of time, before Petitioner sustained damages, that it would have been discovered if Defendant had exercised reasonable prudence and care;

F. Failing to inspect, repair, and/or maintain an area frequented by patrons free from unreasonably dangerous conditions;

G. Failing to supervise and/or train its employee(s) and manager(s) in inspecting, cleaning, maintaining, and/or revamping to keep an area frequented by customers

2

24th E-Filed: 06/07/2019 11:32:33 Case:796012 Div:C Atty:034869 JONATHAN E LEY

free from unreasonably dangerous conditions;

H. Failing to take all reasonable precautions to avoid injuries to Petitioner and other guest patrons on the premises;

I. Any and all acts and omissions as will be shown at the trial on the merits, all of which were in contravention of the exercise of due care, prudence, and in violation of the laws of the State of Louisiana and Parish of Jefferson, which are specifically pleaded as if and as though copied *in extenso*.

### VIII.

Defendant, BOOMTOWN's acts of negligence or other fault render it liable for damages caused by the defect or ruin of the property, which was owned and in the custody and control of Defendant, BOOMTOWN. Accordingly, BOOMTOWN's negligence renders BOOMTOWN liable for the damages caused by the vices or defects of the property.

### IX.

Upon information and belief, Defendant, BOOMTOWN either created the unreasonably dangerous condition or had actual notice of the unreasonably dangerous condition. In the alternative, BOOMTOWN had constructive notice of the unreasonably dangerous condition because it existed for such a period of time, before Petitioner sustained damages, that it would have been discovered if BOOMTOWN had exercised reasonable prudence and care.

### X.

In the alternative, a defect or vice in the premises owned, operated, controlled by, and under the custody and control of Defendant, BOOMTOWN, caused Petitioner's damages, which could have been prevented had BOOMTOWN exercised reasonable care in keeping the premises free from ruin, vice, or defect.

### XI.

Moreover, upon information and belief, Defendant, BOOMTOWN knew or should have known that Petitioner, as a guest of the subject premises, would be traversing the area of the property and, therefore, it was reasonably foreseeable that he would likely be injured as a result of the unreasonably dangerous condition.

3

24th E-Filed: 06/07/2019 11:32:33 Case: 796012 Div:C Atty:034869 JONATHAN E LEY

XII.

The defect in the premises renders the Defendant, BOOMTOWN, liable herein for the injuries to and damages suffered by Petitioner, MICHAEL JONES, SR.

XIII.

Upon information and belief, Defendant, BOOMTOWN, failed to supervise and/or train its employee(s) and manager(s) in inspecting, cleaning, maintaining, and/or revamping to keep an area frequented by customers free from unreasonably dangerous conditions. As such, Defendant, BOOMTOWN, is vicariously liable under the doctrine of *respondeat superior*, Louisiana Civil Code articles 2320, *et seq.*, for the negligence and other fault of its agent(s)/employee(s), jointly, severally, and *in solido*.

XIV.

Petitioner, MICHAEL JONES, SR., avers that as a direct and proximate result of the aforementioned accident and acts, he sustained bodily injuries, and requests that this Honorable Court award him an amount sufficient to compensate him in the following, non-exclusive list of particulars:

A. Past, present and future physical pain and suffering;

B. Past, present and future emotional and mental anguish;

C. Past, present and future medical expenses and pharmaceutical bills;

D. Past, present and future loss of enjoyment of life;

E. Past, present and future disability; and,

F. Any and all other damages to be proven at trial on the merits.

Petitioner is entitled to recover and seeks to recover all damages arising out of the negligence or other fault of Defendant.

XV.

Petitioner, MICHAEL JONES, SR., avers amicable demand was made on Defendant, BOOMTOWN, through its third-party claims administrator, Cannon Cochran Management Services, Inc. (who is not a party to this lawsuit), to no avail.

4

## XVI.

### REQUEST FOR NOTICE

In accordance with Louisiana Code of Civil Procedure article 1572, Petitioner requests the Court give written notice by certified mail, at least ten days in advance of the date fixed for trial or hearing of the case, whether on exceptions, motions, rules or the merits. Petitioner also requests immediate notice of all orders or judgments, whether interlocutory or final, made or rendered in this case upon the rendition thereof, as provided by Louisiana Code of Civil Procedure articles 1913 and 1914, including notice of judgment, in the event this case be taken under advisement, or if the judgment is not signed at the conclusion of the trial.

WHEREFORE, Petitioner, MICHAEL JONES, SR., prays that this Petition for Damages be filed, that the defendant, PINNACLE ENTERTAINMENT, INC. d/b/a BOOMTOWN BELLE CASINO WESTBANK, be served with a copy of this Petition for Damages and be duly ordered to appear and answer same, and, after all legal delays and due proceedings be had, there be judgment herein in favor of Petitioner, MICHAEL JONES, SR., and against the defendant, PINNACLE ENTERTAINMENT, INC. d/b/a BOOMTOWN BELLE CASINO WESTBANK, in an amount sufficient to fully compensate Petitioner for his general and special damages, and for all other damages that will be proved at the trial of this matter, together with legal interest from the date of judicial demand, for all costs of these proceedings, including expert witness fees, and for all other legal and equitable relief to which Petitioner is entitled.

RESPECTFULLY SUBMITTED:
LAW OFFICE OF JOHN W. REDMANN, LLC

JOHN W. REDMANN, #19984
EDWARD L. MORENO, #30838
TRAVIS J. CAUSEY, JR., #16853
JONATHAN E. LEY, #34869
CRISTIAN A. GALLEGUILLOS, #37691
KELLY S. RIZZO, #33388
1101 Westbank Expressway
Gretna, Louisiana 70053
Telephone:   (504) 500-5000
Facsimile:    (504) 433-5556
*Attorneys for Petitioner, Michael Jones, Sr.*

5

24th E-Filed: 06/07/2019 11:32:33 Case: 796012 Div:C Atty:034869 JONATHAN E LEY

**PLEASE SERVE:**

PINNACLE ENTERTAINMENT, INC.
d/b/a BOOMTOWN BELLE CASINO WESTBANK
Through its Registered Agent for Service:
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

6

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.

DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA

24th E-Filed: 06/07/2019 11:32:33 Case: 796012 Div:C Atty:034869 JONATHAN E LEY