UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

STATE OF LOUISIANA

MICHAEL JONES, SR.   CIVIL ACTION NUMBER: 02-cv-19-11578

VERSUS   MAGISTRATE JUDGE JANIS VAN MEERVELD

PINNACLE ENTERTAINMENT, INC.
D/B/A BOOMTOWN BELLE CASINO   JUDGE IVAN L.R. LEMELLE
WESTBANK

## FIRST AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Michael Jones, Sr., who re-alleges the allegations in his original state court petition, where not inconsistent herewith, and accordingly attests that he is of the age of majority and a resident in and domiciliary of the Parish of Jefferson, respectfully submits this First Amending Complaint and avers as follows, to wit:

I.

Made defendants herein are:

**PINNACLE ENTERTAINMENT, INC. d/b/a BOOMTOWN BELLE CASINO WESTBANK** ("PINNACLE"), upon information and belief, a foreign corporation, licensed to do and actually doing business within the Parish of Jefferson, State of Louisiana, which, upon information and belief, owned and/or operated the subject property at all times relevant herein; and

**LOUISIANA-I GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM d/b/a BOOMTOWN BELLE CASINO AND HOTEL NEW ORLEANS** ("BOOMTOWN"),

upon information and belief, a Louisiana Partnership in Commendam, licensed to do and actually doing business within the Parish of Jefferson, State of Louisiana, which, upon information and belief, owned and/or operated the subject property at all times relevant herein.

II.

Defendants herein are indebted unto Plaintiff in an amount sufficient to fully compensate him for all general and special damages, including, but not limited to, legal interest and court costs, judicial interest, and any other damages reasonable under the premises, for the following reasons, to wit:

III.

On or about December 29, 2018, Plaintiff, MICHAEL JONES, SR., was a guest on the property owned and/or operated by Defendants, PINNACLE and/or BOOMTOWN, located at 4132 Peters Road, Harvey, Louisiana 70058. Mr. Jones was lawfully on the premises and was walking into the establishment through an entrance when he slipped due to rainwater on the floor.

IV.

As a result of the slip, Plaintiff, MICHAEL JONES, SR., suffered serious injuries to his brain and/or head, neck, left shoulder and/or arm, and back.

V.

At all times relevant herein, the subject premises were owned by, and/or in the custody, care, and control of Defendants, PINNACLE and/or BOOMTOWN.

VI.

Plaintiff avers that the sole proximate cause of the aforementioned accident was the negligence of Defendants, PINNACLE and/or BOOMTOWN, in the following non-exclusive, list of particulars:

A. Failure to warn Plaintiff of an unreasonably dangerous condition that existed on the premises;

B. Failure to maintain the premises in a reasonably safe condition;

C. Creating an unreasonably dangerous condition on the premises;

D. Failing to adequately or properly inspect the premises for the presence of an unreasonably dangerous condition;

E. Defendant knew or should have known of the hazardous condition on the floor of the restroom as the puddle had been there for such a period of time, before Plaintiff sustained damages, that it would have been discovered if Defendant had exercised reasonable prudence and care;

F. Failing to inspect, repair, and/or maintain an area frequented by patrons free from unreasonably dangerous conditions;

G. Failing to supervise and/or train its employee(s) and manager(s) in inspecting, cleaning, maintaining, and/or revamping to keep an area frequented by customers free from unreasonably dangerous conditions;

H. Failing to take all reasonable precautions to avoid injuries to Plaintiff and other guest patrons on the premises;

I. Any and all acts and omissions as will be shown at the trial on the merits, all of which were in contravention of the exercise of due care, prudence, and in violation of the laws of the State of Louisiana and Parish of Jefferson, which are specifically pleaded as if and as though copied *in extenso*.

VII.

Defendants, PINNACLE and/or BOOMTOWN's acts of negligence or other fault(s) render it/them liable for damages caused by the defect or ruin of the property, which was owned and/or in the custody and control of Defendants, PINNACLE and/or BOOMTOWN. Accordingly, PINNACLE and/or BOOMTOWN's negligence renders PINNACLE and/or BOOMTOWN liable for the damages caused by the vices or defects of the property.

VIII.

Upon information and belief, Defendants, PINNACLE and/or BOOMTOWN either created the unreasonably dangerous condition or had actual notice of the unreasonably dangerous condition. In the alternative, PINNACLE and/or BOOMTOWN had constructive notice of the unreasonably dangerous condition because it existed for such a period of time, before Plaintiff sustained damages, that it would have been discovered if PINNACLE and/or BOOMTOWN had exercised reasonable prudence and care.

IX.

In the alternative, a defect or vice in the premises owned, operated, controlled by, and/or under the custody and control of Defendants, PINNACLE and/or BOOMTOWN, caused Plaintiff's damages, which could have been prevented had PINNACLE and/or BOOMTOWN exercised reasonable care in keeping the premises free from ruin, vice, or defect.

X.

Moreover, upon information and belief, Defendants, PINNACLE and/or BOOMTOWN knew or should have known that Plaintiff, as a guest of the subject premises, would be traversing the area of the property and, therefore, it was reasonably foreseeable that he would likely be injured as a result of the unreasonably dangerous condition.

XI.

The defect in the premises renders the Defendants, PINNACLE and/or BOOMTOWN, liable herein for the injuries to and damages suffered by Plaintiff, MICHAEL JONES, SR.

XII.

Upon information and belief, Defendants, PINNACLE and/or BOOMTOWN, failed to supervise and/or train its employee(s) and manager(s) in inspecting, cleaning, maintaining, and/or revamping to keep an area frequented by customers free from unreasonably dangerous conditions. As such, Defendants, PINNACLE and/or BOOMTOWN, are vicariously liable under the doctrine of *respondeat superior*, Louisiana Civil Code articles 2320, *et seq.*, for the negligence and other fault of its agent(s)/employee(s), jointly, severally, and *in solido*.

XIII.

Plaintiff, MICHAEL JONES, SR., avers that as a direct and proximate result of the aforementioned accident and acts, he sustained bodily injuries, and requests that this Honorable Court award him an amount sufficient to compensate him in the following, non-exclusive list of particulars:

    A.    Past, present and future physical pain and suffering;

    B.    Past, present and future emotional and mental anguish;

    C.    Past, present and future medical expenses and pharmaceutical bills;

    D.    Past, present and future loss of enjoyment of life;

    E.    Past, present and future disability; and,

    F.    Any and all other damages to be proven at trial on the merits.

Plaintiff is entitled to recover and seeks to recover all damages arising out of the negligence or other fault of Defendants.

XIV.

Plaintiff, MICHAEL JONES, SR., avers amicable demand was made on Defendants, PINNACLE and/or BOOMTOWN, through its/their third-party claims administrator, Cannon Cochran Management Services, Inc. (who is not a party to this lawsuit), to no avail.

XV.

The actions asserted in this First Amending Complaint arise out of the conduct, transaction, or occurrence set forth or attempted to be set forth in Plaintiff's original Petition for Damages (Document 1-2).

XVI.

Upon information and belief, Defendant, PINNACLE, is an/the owner of the two separate limited liability companies that are partners in LOUISIANA-I GAMING. As such, BOOMTOWN received notice such that it will not be prejudiced in maintaining a defense on the merits and must know or should have known that but for a mistake concerning the identity of the parties, the action would have been brought against it.

**WHEREFORE,** Plaintiff, MICHAEL JONES, SR., prays that this First Amending Complaint be filed, that the defendants, PINNACLE ENTERTAINMENT, INC. d/b/a BOOMTOWN BELLE CASINO WESTBANK and LOUISIANA-I GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM d/b/a BOOMTOWN BELLE CASINO AND HOTEL NEW ORLEANS, be served with a copy of this Complaint and be duly ordered to appear and answer same, and, after all legal delays and due proceedings be had, there be judgment herein in favor of Plaintiff, MICHAEL JONES, SR., and against the defendants, PINNACLE ENTERTAINMENT, INC. d/b/a BOOMTOWN BELLE CASINO WESTBANK and LOUISIANA-I GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM d/b/a BOOMTOWN BELLE CASINO AND

HOTEL NEW ORLEANS, in an amount sufficient to fully compensate Plaintiff for his general and special damages, and for all other damages that will be proved at the trial of this matter, together with legal interest from the date of judicial demand, for all costs of these proceedings, including expert witness fees, and for all other legal and equitable relief to which Plaintiff is entitled.

RESPECTFULLY SUBMITTED:
**LAW OFFICE OF JOHN W. REDMANN, LLC**

/s/ Jonathan E. Ley
**JOHN W. REDMANN, #19984**
**EDWARD L. MORENO, #30838**
**JONATHAN E. LEY, #34869**
1101 Westbank Expressway
Gretna, Louisiana 70053
Telephone:   (504) 500-5000
Facsimile:   (504) 433-5556
Email:   *john@redmannlaw.com*
         *emoreno@redmannlaw.com*
         *jley@redmannlaw.com*
Attorneys for Plaintiff, Michael Jones, Sr.

**CERTIFICATE**

I hereby certify that a copy of the above and foregoing pleading has been served on counsel of record for all parties to these proceedings, by ECF transmission, addressed to their respective offices, this 5th day of March, 2020.

/s/Jonathan E. Ley