UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

STATE OF LOUISIANA

| | |
|---|---|
| MICHAEL JONES, SR | CIVIL ACTION NUMBER: 02-cv-19-11578 |
| VERSUS | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| PINNACLE ENTERTAINMENT, INC., D/B/A BOOMTOWN BELLE CASINO WESTBANK | JUDGE IVAN L.R. LEMELLE |

**STATEMENT OF UNCONSTESTED MATERIAL FACTS**

Defendants, Pinnacle Entertainment, Inc., and Louisiana-1 Gaming, a Louisiana Partnership in Commendam, respectfully submit that the following material facts are not contested and give rise to the Motion for Summary Judgment filed herein:

1. Pinnacle Entertainment, Inc., is a corporation found in Delaware, whose principle place of business is located in the State of Pennsylvania. (Exhibit 1).

2. It is the sole member of a limited liability company, Pinnacle MLS, LLC. (Exhibit 1).

3. Pinnacle MLS, LLC is the sole member of Boomtown, LLC. (Exhibit 1).

4. Pinnacle MLS, LLC and Boomtown, LLC formed a Louisiana Partnership, Louisiana-1 Gaming, a Louisiana Partnership in Commendam. (Exhibit 1).

5. On December 29, 2018, Boomtown New Orleans was owned and operated by Louisiana-1 Gaming, a Louisiana Partnership in Commendam. (Exhibit 1).

6. On December 29, 2018, the plaintiff, Michael Jones, Sr., was a patron at the Boomtown New Orleans.

7. On December 29, 2018, it was raining. (Exhibit 2 p. 24 l. 18).

1

8. There were two floormats located at the entrance to the casino.

9. Robert DeCorte was working as a security officer for Boomtown New Orleans on or about December 29, 2018.

10. Robert Decorte came on duty shortly before the fall. When he came on duty, he inspected the floor and found no water or other slippery substance. (Exhibit 3 pg. 42 ln. 5-8).

11. Robert Decorte then maintained a view of the area where the plaintiff fell from his security position. (Exhibit 3 pg. 26 ln. 1-4).

12. As Jones entered Boomtown New Orleans, he did not wipe his feet on the floormats. (Exhibit 2 pg. 26 ln. 23-25).

13. Jones took his hat off and began shaking his hat onto the floor. (Exhibit 4).

14. Jones then stepped off of the mat, and took one step, when his foot slipped on the water. (Exhibit 4).

15. Multiple people were walking on the floor with no issue prior to Jones shaking the water off his hat. (Exhibit 4).

16. Security surveillance video confirms the testimony of Robert Decorte.

Respectfully Submitted:

**PUJOL, PRYOR & IRWIN, LLC**

*s/Matthew W. Pryor*
Matthew W. Pryor (#23903)
Ashley L. Delaune (#38719)
12320 Highway 44
 Building 4, Suite C
Gonzales, Louisiana 70737
Telephone: (225) 644-0607
Facsimile: (225) 644-1688
***Attorneys for Pinnacle Entertainment, Inc.
And Louisiana-1 Gaming, a Louisiana
Partnership in Commendam***

3

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been filed with the Court's CM/ECF system and service was made therewith this 21st day of May, 2020.

*/s/Matthew W. Pryor*