UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MICHAEL JONES SR.**                                                       **CIVIL ACTION**

**VERSUS**                                                                   **NO. 19-11578**

**PINNACLE ENTERTAINMENT INC.**                           **SECTION "B"(1)**

### JUDGMENT

Entry of a final judgment is proper because the Court granted summary judgment in favor of defendants with written reasons (Rec. Doc. 38).

Accordingly, **IT IS ORDERED, ADJUDGED, AND DECREED** that a final judgment is hereby entered dismissing plaintiff's claims against defendants with prejudice and costs.

New Orleans, Louisiana this 2nd day of November 2020

_____
SENIOR UNITED STATES DISTRICT JUDGE